Prepared by Bob Borst

ILL CENT v U.S. EX. 1

02-25-2000 15:59 7082063168 ICRR ACCOUNTING P.01

Form **CT-1**
Department of the Treasury
Internal Revenue Service

# Employer's Annual Railroad Retirement Tax Return

IP 36-2728842 ▶ See separate instructions.

OMB No. 1545-0001

**1999**

Employer's name and address (If not correct, please change.) ▶

Employer identification number

RRB number

Calendar Year

ILLINOIS CENTRAL RAILROAD COMPANY
RRB NO 1516
455 CITYFRONT PLAZA DR
CHICAGO IL 60611 12-31-1999

If you do not have to file a return in the future, check here . . . . ▶ ☐

T
FF
FD
FP
I
T

**Part I** Railroad Retirement Taxes

Check here to elect the safe harbor method for 2000 (see the line 1 instructions) . . ▶ ☒

| | | | |
|---|---|---|---|
| 1 Supplemental annuity work-hour tax--Total work-hours for which compensation was paid during the year | 6,260,700 × $0.27 = | 1 | 1,690,389.00 |
| 2 Special supplemental annuity tax from Forms G-241 (employer pensions established under a collective bargaining agreement, attach Forms G-241 | | 2 | |
| 3 Adjustments to supplemental annuity work-hour tax (attach Forms G-245; see instructions) | | 3 | ( 408,320.78) |
| 4 Adjusted total of supplemental annuity tax (line 1 plus line 2 as adjusted by line 3) | | 4 | 1,282,068.22 |
| 5 Tier I Employer Tax-Compensation (other than tips and sick pay) paid in 1999 | $170,312,965.39 × 6.2% = | 5 | 10,559,403.85 |
| 6 Tier I Employer Medicare Tax-Compensation (other than tips and sick pay) paid in 1999 | $203,415,590.34 × 1.45% = | 6 | 2,949,526.06 |
| 7 Tier II Employer Tax--Compensation (other than tips) paid in 1999 | $151,251,023.89 × 16.1% = | 7 | 24,351,414.85 |
| 8 Tier I Employee Tax-Compensation (other than sick pay) paid in 1999 | $170,312,965.39 × 6.2% = | 8 | 10,559,403.85 |
| 9 Tier I Employee Medicare Tax-Compensation (other than sick pay) paid in 1999 (for tips, see instructions) | $203,415,590.34 × 1.45% = | 9 | 2,949,526.06 |
| 10 Tier II Employee Tax-Compensation (for tips, see instructions) paid in 1999 | $151,251,023.89 × 4.9% = | 10 | 7,411,300.17 |
| 11 Tier I Employer Tax--Sick pay paid in 1999 | $1,036,694.47 × 6.2% = | 11 | 64,275.06 |
| 12 Tier I Employer Medicare Tax--Sick pay paid in 1999 | $1,036,694.47 × 1.45% = | 12 | 15,032.07 |
| 13 Tier I Employee Tax--Sick pay paid in 1999 | $455,016.82 × 6.2% = | 13 | 28,211.04 |
| 14 Tier I Employee Medicare Tax--Sick pay paid in 1999 | $455,016.82 × 1.45% = | 14 | 6,597.74 |
| 15 Total tax based on compensation (add lines 5 through 14) | | 15 | 58,894,690.75 |
| 16 Adjustments to employer and employee railroad retirement taxes based on compensation (see instructions for format of statement to be attached) Sick Pay $........ ± Fractions of Cents $........ ± Other $........ | = | 16 | |
| 17 Adjusted total of employer and employee railroad retirement taxes based on compensation (line 15 adjusted by line 16) | | 17 | 58,894,690.75 |
| 18 Total railroad retirement taxes for the year (add lines 4 and 17) | | 18 | 60,176,758.97 |
| 19 Total railroad retirement tax deposits for the year, including overpayment applied from prior year, from your records | | 19 | 60,402,355.24 |
| 20 Balance due (subtract line 19 from line 18). Pay to "United States Treasury" (see instructions) | | 20 | 0 |

21 **Overpayment.** If line 19 is more than line 18, enter overpayment here ▶ $225,596.27 and check if you want it: ☒ Applied to next return OR ☐ Refunded.

- **All Filers:** If line 18 is less than $500, do not complete Part II or Form 945-A.
- **Semiweekly schedule depositors:** Complete Form 945-A and see the Part II instructions on the back of this form.
- **Monthly schedule depositors:** Complete Part II.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ [signature] Title (Owner, etc.) ▶ Mgr. Payroll Date ▶ 2/24/00

For Paperwork Reduction Act Notice, see page 4 of the separate instructions. Cat. No. 16006S Form CT-1 (1999)

Form **945-A** (Rev. October 1997) Department of the Treasury Internal Revenue Service

5555

# Annual Record of Federal Tax Liability

▶ File with Form 945 or CT-1.

OMB No. 1545-1430

Name as shown on Form 945 or CT-1: ILLINOIS CENTRAL RAILROAD COMPANY

Employer identification number: 36 : 2728842

**January tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | 4 502 148 16 |
| 14 | | 30 | |
| 15 | 2 433 197 38 | 31 | |
| 16 | | ST | 144 441 36 |

(A) Total for month ▶ 7 079 786.80

**February tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | 1 861 218 97 |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | 2 145 801 15 |
| 11 | | 27 | |
| 12 | 2 220 461 89 | 28 | |
| 13 | | 29 | |
| 14 | | ST | 139 393 44 |
| 15 | | | |
| 16 | | | |

(B) Total for month ▶ 6 366 925.45

**March tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | 2 185 017 35 |
| 11 | | 27 | |
| 12 | 2 284 431 05 | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | 31 | |
| 16 | | ST | 140 589 00 |

(C) Total for month ▶ 4 610 037 40

**April tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | 2 133 952 74 |
| 8 | | 24 | |
| 9 | 2 270 737 97 | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | ST | 139 747 68 |
| 16 | | | |

(D) Total for month ▶ 4 544 438.39

**May tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | 2 264 057 48 |
| 6 | | 22 | |
| 7 | 2 233 841 46 | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | 31 | |
| 16 | | ST | 140 766 12 |

(E) Total for month ▶ 4 638 665.06

**June tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | 2 194 725 67 |
| 3 | | 19 | |
| 4 | 2 189 663 24 | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | ST | 141 076 08 |
| 16 | | | |

(F) Total for month ▶ 4 525 464.99

Form 945-A (Rev. 10-97) 6565

Page 2

# Annual Record of Federal Tax Liability

(continued)

Employer identification number: 36 2728842

| | July tax liability | | | | August tax liability | | | | September tax liability | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 17 | | 1 | | 17 | | 1 | | 17 | |
| 2 | 2 179 049.38 | 18 | | 2 | | 18 | | 2 | | 18 | |
| 3 | | 19 | | 3 | | 19 | | 3 | | 19 | |
| 4 | | 20 | | 4 | | 20 | | 4 | | 20 | |
| 5 | | 21 | | 5 | | 21 | | 5 | | 21 | |
| 6 | | 22 | | 6 | 2 184 541.10 | 22 | | 6 | | 22 | |
| 7 | | 23 | | 7 | | 23 | | 7 | | 23 | |
| 8 | | 24 | | 8 | | 24 | | 8 | | 24 | 2 039 915.26 |
| 9 | | 25 | | 9 | | 25 | | 9 | | 25 | |
| 10 | | 26 | | 10 | | 26 | | 10 | 2 125 370.27 | 26 | |
| 11 | | 27 | | 11 | | 27 | 2 138 575.90 | 11 | | 27 | |
| 12 | | 28 | | 12 | | 28 | | 12 | | 28 | |
| 13 | | 29 | | 13 | | 29 | | 13 | | 29 | |
| 14 | | 30 | 2 610 685.95 | 14 | | 30 | | 14 | | 30 | |
| 15 | | 31 | | 15 | | 31 | | 15 | | ST | 139 934.80 |
| 16 | 1 973 147.98 | ST | 139 614.84 | 16 | | ST | 141 120.36 | 16 | | | |
| (G) Total for month ▶ | | | 6 902 489.15 | (H) Total for month ▶ | | | 4 464 237.36 | (I) Total for month ▶ | | | 4,305 210.43 |

| | October tax liability | | | | November tax liability | | | | December tax liability | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 17 | | 1 | | 17 | | 1 | | 17 | 1 638 769.52 |
| 2 | | 18 | | 2 | | 18 | | 2 | | 18 | |
| 3 | | 19 | | 3 | | 19 | 1 645 841.98 | 3 | 1 683 275.15 | 19 | |
| 4 | | 20 | | 4 | | 20 | | 4 | | 20 | |
| 5 | | 21 | | 5 | 1 874 154.76 | 21 | | 5 | | 21 | |
| 6 | | 22 | 1 969 714.70 | 6 | | 22 | | 6 | | 22 | |
| 7 | | 23 | | 7 | | 23 | | 7 | | 23 | |
| 8 | 1 984 240.33 | 24 | | 8 | | 24 | | 8 | | 24 | |
| 9 | | 25 | | 9 | | 25 | | 9 | | 25 | |
| 10 | | 26 | | 10 | | 26 | | 10 | | 26 | |
| 11 | | 27 | | 11 | | 27 | | 11 | | 27 | |
| 12 | | 28 | | 12 | | 28 | | 12 | | 28 | |
| 13 | | 29 | | 13 | | 29 | | 13 | | 29 | |
| 14 | | 30 | | 14 | | 30 | | 14 | | 30 | |
| 15 | | 31 | | 15 | | ST | 140 766.12 | 15 | | 31 | 1 627 733.58 |
| 16 | | ST | 140 544.72 | 16 | | | | 16 | | ST | 142 404.48 |
| (J) Total for month ▶ | | | 4 094 499.75 | (K) Total for month ▶ | | | 3 660 761.96 | (L) Total for month ▶ | | | 4 989 182.73 |

(M) Total tax liability for year (add lines (A) through (L)). This should equal line 4 on Form 945 (or the total taxes line on Form CT-1) . . . ▶ 60,176,758.47