ILL CENT v U.S. EX. 4

Form **CT-1** **Employer's Annual Railroad Retirement Tax Return**

Department of the Treasury
Internal Revenue Service

▶ See separate instructions.

00

Employer's name and address (If not correct, please change.) ▶ ILLINOIS CENTRAL RAILROAD COMPANY
455 N. CITYFRONT PLAZA DR.
CHICAGO, IL. 60611

Employer identification number 36-2728842
RRB number 1516
Calendar year 12-31-2000

If you do not have to file a return in the future, check here ▶

T
FF
FD
FP
I
T

**Part I** Railroad Retirement Taxes

Check here to elect the safe harbor method for 2001 (see the line 1 instructions) . . . ▶ X

| | | | | | |
|---|---|---|---|---|---|
| 1 | Supplemental annuity work-hour tax—Total work hours for which compensation was paid during the year | 6,491,940 | × $0.265 = | 1 | 1,720,364.10 |
| 2 | Special supplemental annuity tax from Forms G-241 (employer pensions established under a collective bargaining agreement; attach Forms G-241) | | | 2 | — |
| 3 | Adjustments to supplemental annuity work-hour tax (attach Forms G-245; see instructions) | | | 3 | (386,820.03) |
| 4 | Adjusted total of supplemental annuity tax (line 1 plus line 2 as adjusted by line 3) | | | 4 | 1,333,544.07 |
| 5 | Tier I Employer Tax—Compensation (other than tips and sick pay) paid in 2000 | $ 183,354,644.42 | × 6.2% = | 5 | 11,367,987.95 |
| 6 | Tier I Employer Medicare Tax—Compensation (other than tips and sick pay) paid in 2000 | $ 208,217,265.53 | × 1.45% = | 6 | 3,019,150.35 |
| 7 | Tier II Employer Tax—Compensation (other than tips) paid in 2000 | $ 163,574,010.38 | × 16.1% = | 7 | 26,335,415.67 |
| 8 | Tier I Employee Tax—Compensation (other than sick pay) paid in 2000 | $ 183,354,644.42 | × 6.2% = | 8 | 11,367,987.95 |
| 9 | Tier I Employee Medicare Tax—Compensation (other than sick pay) paid in 2000 (for tips, see instructions) | $ 208,217,265.53 | × 1.45% = | 9 | 3,019,150.35 |
| 10 | Tier II Employee Tax—Compensation (for tips, see instructions) paid in 2000 | $ 163,574,010.38 | × 4.9% = | 10 | 8,015,126.51 |
| 11 | Tier I Employer Tax—Sick pay paid in 2000 | $ 1,057,954.78 | × 6.2% = | 11 | 65,593.20 |
| 12 | Tier I Employer Medicare Tax—Sick pay paid in 2000 | $ 1,057,954.78 | × 1.45% = | 12 | 15,340.35 |
| 13 | Tier I Employee Tax—Sick pay paid in 2000 | $ 471,718.57 | × 6.2% = | 13 | 29,246.55 |
| 14 | Tier I Employee Medicare Tax—Sick pay paid in 2000 | $ 471,718.57 | × 1.45% = | 14 | 6,839.92 |
| 15 | Total tax based on compensation (add lines 5 through 14) | | | 15 | 63,241,838.80 |
| 16 | Adjustments to employer and employee railroad retirement taxes based on compensation (see instructions for format of statement to be attached) Sick Pay $ ........ ± Fractions of Cents $ ........ ± Other $ 4,537.50 | | = | 16 | 4,537.50 |
| 17 | Adjusted total of employer and employee railroad retirement taxes based on compensation (line 15 adjusted by line 16) | | | 17 | 63,246,376.30 |
| 18 | **Total railroad retirement taxes** for the year (add lines 4 and 17) | | | 18 | 64,579,920.37 |
| 19 | Total railroad retirement tax deposits for the year, including overpayment applied from prior year, from your records | | | 19 | 64,770,063.25 |
| 20 | **Balance due** (subtract line 19 from line 18). Pay to the "United States Treasury" (see instructions) | | | 20 | — |
| 21 | **Overpayment.** If line 19 is more than line 18, enter overpayment here ▶ $ 190,142.88 and check if you want it: X Applied to next return or ☐ Refunded. | | | | |

- **All filers:** If line 18 is less than $1,000, do not complete Part II or Form 945-A.
- **Semiweekly schedule depositors:** Complete Form 945-A and see the Part II instructions on the back of this form.
- **Monthly schedule depositors:** Complete Part II.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature ▶ [signature] Title (Owner, etc.) ▶ Mgr. Payroll Date ▶ 4/16/01

**For Paperwork Reduction Act Notice, see page 6 of the separate instructions.** Cat. No. 16006S Form **CT-1** (2000)

Form **945-A**
(Rev. October 1997)
Department of the Treasury
Internal Revenue Service

# Annual Record of Federal Tax Liability

▶ File with Form 945 or CT-1.

OMB No. 1545-1430

Name as shown on Form 945 or CT-1: ILLINOIS CENTRAL RAILROAD COMPANY

Employer identification number: 36 : 2728842

| January tax liability | | | | February tax liability | | | | March tax liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 17 | | 1 | | 17 | | 1 | | 17 | |
| 2 | | 18 | | 2 | | 18 | | 2 | | 18 | |
| 3 | | 19 | | 3 | | 19 | | 3 | | 19 | |
| 4 | 394 478.96 | 20 | | 4 | | 20 | | 4 | | 20 | |
| 5 | | 21 | | 5 | | 21 | | 5 | | 21 | |
| 6 | | 22 | | 6 | | 22 | 1 772 643.89 | 6 | | 22 | |
| 7 | | 23 | | 7 | | 23 | | 7 | | 23 | |
| 8 | | 24 | | 8 | | 24 | | 8 | | 24 | 2 318 153.99 |
| 9 | | 25 | | 9 | | 25 | 2 325 293.12 | 9 | | 25 | |
| 10 | | 26 | | 10 | | 26 | | 10 | 2 453 982.49 | 26 | |
| 11 | | 27 | | 11 | 2 431 988.21 | 27 | | 11 | | 27 | |
| 12 | | 28 | 2 318 975.39 | 12 | | 28 | | 12 | | 28 | |
| 13 | | 29 | | 13 | | 29 | | 13 | | 29 | |
| 14 | 2 607 848.82 | 30 | | 14 | | ST | 141 896.90 | 14 | | 30 | |
| 15 | | 31 | 126 729.38 | 15 | | | | 15 | | 31 | 25 902.54 |
| 16 | | ST | 139 463.14 | 16 | 2 002 282.07 | | | 16 | | ST | 139 463.14 |
| (A) Total for month ▶ | | | 5 587 495.69 | (B) Total for month ▶ | | | 8 674 104.19 | (C) Total for month ▶ | | | 4,937 502.16 |

| April tax liability | | | | May tax liability | | | | June tax liability | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 17 | | 1 | | 17 | | 1 | | 17 | |
| 2 | | 18 | | 2 | | 18 | | 2 | 2 414 002.95 | 18 | |
| 3 | | 19 | | 3 | | 19 | 2 310 415.85 | 3 | | 19 | |
| 4 | | 20 | | 4 | | 20 | | 4 | | 20 | |
| 5 | | 21 | 2 318 045.74 | 5 | 2 436 245.85 | 21 | | 5 | | 21 | |
| 6 | | 22 | | 6 | | 22 | | 6 | | 22 | |
| 7 | 2 358 460.06 | 23 | | 7 | | 23 | | 7 | | 23 | |
| 8 | | 24 | | 8 | | 24 | | 8 | | 24 | |
| 9 | | 25 | | 9 | | 25 | | 9 | | 25 | |
| 10 | | 26 | | 10 | | 26 | | 10 | | 26 | |
| 11 | | 27 | | 11 | | 27 | | 11 | | 27 | |
| 12 | | 28 | | 12 | | 28 | | 12 | | 28 | |
| 13 | | 29 | | 13 | | 29 | | 13 | | 29 | |
| 14 | | 30 | 93 964.36 | 14 | | 30 | | 14 | | 30 | 2 499 873.52 |
| 15 | | ST | 140 419.26 | 15 | | 31 | 3,473.62 | 15 | | ST | 141 288.46 |
| 16 | | | | 16 | | ST | 140,680.02 | 16 | 2 419 453.06 | | |
| (D) Total for month ▶ | | | 4 910 889.42 | (E) Total for month ▶ | | | 4 840 815.34 | (F) Total for month ▶ | | | 7 474 617.99 |

Form 945-A (Rev. 10-97)

# Annual Record of Federal Tax Liability

(continued)

Page 2

Employer identification number: 36 : 2728842

**July tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | 2 371 619 27 |
| 13 | | 29 | |
| 14 | 2 695 449 56 | 30 | |
| 15 | | 31 | 13 642 82 |
| 16 | | ST | 150 197 76 |

(G) Total for month . . . ▶ 5 230 909.41

**August tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | 2,257,480 71 |
| 10 | | 26 | |
| 11 | 2 310 968 25 | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | 31 | 31 741 76 |
| 16 | | ST | 142 896 48 |

(H) Total for month . ▶ 4 743 087.20

**September tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | 2 100 257 23 |
| 7 | | 23 | |
| 8 | 2 219 723 77 | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | 9 200 38 |
| 15 | | ST | 143 113 78 |
| 16 | | [redacted] | |

(I) Total for month . . ▶ 4 492 295.16

**October tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | 1 999 202 36 |
| 5 | | 21 | |
| 6 | 2 071 036 40 | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | 31 | |
| 16 | | ST | 146 764 42 |

(J) Total for month . . ▶ 4 217 003.18

**November tax liability**

| | | | |
|---|---|---|---|
| 1 | | 17 | 1 810 720 33 |
| 2 | | 18 | |
| 3 | 1 953 515 30 | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | | ST | 147 068 64 |
| 16 | | | |

(K) Total for month . ▶ 3 911 304.27

**December tax liability**

| | | | |
|---|---|---|---|
| 1 | 1 849 219 00 | 17 | |
| 2 | | 18 | |
| 3 | | 19 | |
| 4 | | 20 | |
| 5 | | 21 | |
| 6 | | 22 | |
| 7 | | 23 | |
| 8 | | 24 | |
| 9 | | 25 | |
| 10 | | 26 | |
| 11 | | 27 | |
| 12 | | 28 | |
| 13 | | 29 | |
| 14 | | 30 | |
| 15 | 1 962 441 69 | 31 | 1 551 123 55 |
| 16 | | ST | 147 112 12 |

(L) Total for month . . ▶ 5,509 896.36

(M) Total tax liability for year (add lines (A) through (L)). This should equal line 4 on Form 945 (or the total taxes line on Form CT-1) . . . ▶ 64,579,920.37

UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD

# SUMMARY STATEMENT OF QUARTERLY REPORT OF RAILROAD RETIREMENT SUPPLEMENTAL TAX CREDITS.

RRB EMPLOYER NUMBER (4 DIGIT): 1516

PAGE: 01

This report is required under the Railroad Retirement Tax Act - 26 USCS 3221(c).

EMPLOYER'S NAME: ILLINOIS CENTRAL RR CO.

DATE OF REPORT: APR 03, 2000

**A**

| TAX CREDITS FOR QUARTER ENDING | 1st MONTH | 2nd MONTH | 3rd MONTH | TOTAL CURRENT QUARTER |
|---|---|---|---|---|
| MAR 2000 | 33,169.32 | 33,040.32 | 33,021.60 | 99,231.24 |

**B** ADJUSTMENTS FOR PREVIOUS MONTHS

| MONTH | PREVIOUS TAX CREDITS FOR MONTH | ADJUSTMENTS INCREASE | ADJUSTMENTS DECREASE | ADJUSTED TAX CREDITS FOR MONTH |
|---|---|---|---|---|
| JUN 1997 | 36,824.65 | | 1.43 | 36,823.22 |
| AUG 1999 | 33,879.32 | 43.00 | | 33,922.32 |
| SEP 1999 | 33,793.32 | 129.00 | | 33,922.32 |
| OCT 1999 | 33,551.32 | 129.00 | | 33,680.32 |
| NOV 1999 | 33,395.32 | 215.00 | | 33,610.32 |
| TOTAL | 171,443.93 | 516.00 | 1.43 | 171,958.50 |

**C** TOTAL CURRENT QUARTER PLUS ADJUSTMENTS: 99,745.81

INFORMATION

This report concerns the supplemental annuity tax credits for retired employees to be subtracted from the man hour tax due for your current employees under section 3221(c) of the Railroad Retirement Tax Act. The retired employees are entitled to supplemental annuities that are reduced for an employer pension plan that was not established under a collective bargaining agreement.

FORM G-245 (12-88)

UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD

# SUMMARY STATEMENT OF QUARTERLY REPORT OF RAILROAD RETIREMENT SUPPLEMENTAL TAX CREDITS.

| RRB EMPLOYER NUMBER (4 DIGIT) | PAGE |
|---|---|
| 1516 | 01 |

This report is required under the Railroad Retirement Tax Act – 26 USCS 3221(c).

| EMPLOYER'S NAME | DATE OF REPORT |
|---|---|
| ILLINOIS CENTRAL RR CO. | JUL 07, 2000 |

| | TAX CREDITS FOR QUARTER ENDING | 1st MONTH | 2nd MONTH | 3rd MONTH | TOTAL CURRENT QUARTER |
|---|---|---|---|---|---|
| A | JUN 2000 | 32,712.60 | 32,470.60 | 32,384.60 | 97,567.80 |

B ADJUSTMENTS FOR PREVIOUS MONTHS

| MONTH | PREVIOUS TAX CREDITS FOR MONTH | ADJUSTMENTS | | ADJUSTED TAX CREDITS FOR MONTH |
|---|---|---|---|---|
| | | INCREASE | DECREASE | |
| MAR 1992 | 43,703.19 | | 156.00 | 43,547.19 |
| APR 1992 | 43,648.64 | | 129.00 | 43,519.64 |
| JUN 1992 | 43,110.64 | | 113.00 | 42,997.64 |
| AUG 1992 | 42,911.64 | | 103.00 | 42,808.64 |
| AUG 1999 | 33,922.32 | 43.00 | | 33,965.32 |
| DEC 1999 | 33,352.32 | | 43.00 | 33,309.32 |
| MAR 2000 | 33,021.60 | | 153.00 | 32,868.60 |
| TOTAL | 273,670.35 | 43.00 | 697.00 | 273,016.35 |

| C | TOTAL CURRENT QUARTER PLUS ADJUSTMENTS | 96,913.80 |
|---|---|---|

INFORMATION

This report concerns the supplemental annuity tax credits for retired employees to be subtracted from the man hour tax due for your current employees under section 3221(c) of the Railroad Retirement Tax Act. The retired employees are entitled to supplemental annuities that are reduced for an employer pension plan that was not established under a collective bargaining agreement.

FORM G-245 (12-88)

UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD

| SUMMARY STATEMENT OF QUARTERLY REPORT OF RAILROAD RETIREMENT SUPPLEMENTAL TAX CREDITS. | RRB EMPLOYER NUMBER (4 DIGIT) 1516 | PAGE 01 |
|---|---|---|

This report is required under the Railroad Retirement Tax Act - 26 USCS 3221(c).

| EMPLOYER'S NAME | DATE OF REPORT |
|---|---|
| ILLINOIS CENTRAL RR CO. | OCT 02, 2000 |

| | TAX CREDITS FOR QUARTER ENDING | 1st MONTH | 2nd MONTH | 3rd MONTH | TOTAL CURRENT QUARTER |
|---|---|---|---|---|---|
| A | SEP 2000 | 32,189.77 | 31,846.33 | 31,846.33 | 95,882.43 |

B ADJUSTMENTS FOR PREVIOUS MONTHS

| MONTH | PREVIOUS TAX CREDITS FOR MONTH | ADJUSTMENTS | | ADJUSTED TAX CREDITS FOR MONTH |
|---|---|---|---|---|
| | | INCREASE | DECREASE | |

| | | |
|---|---|---|
| C | TOTAL CURRENT QUARTER PLUS ADJUSTMENTS | 95,882.43 |

INFORMATION

This report concerns the supplemental annuity tax credits for retired employees to be subtracted from the man hour tax due for your current employees under section 3221(c) of the Railroad Retirement Tax Act. The retired employees are entitled to supplemental annuities that are reduced for an employer pension plan that was not established under a collective bargaining agreement.

FORM G-245 (12-88)

UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD

# SUMMARY STATEMENT OF QUARTERLY REPORT OF RAILROAD RETIREMENT SUPPLEMENTAL TAX CREDITS.

RRB EMPLOYER NUMBER (4 DIGIT): 1516

PAGE: 01

This report is required under the Railroad Retirement Tax Act - 26 USCS 3221(c).

EMPLOYER'S NAME: ILLINOIS CENTRAL RR CO.

DATE OF REPORT: JAN 02, 2001

| A | TAX CREDITS FOR QUARTER ENDING | 1st MONTH | 2nd MONTH | 3rd MONTH | TOTAL CURRENT QUARTER |
|---|---|---|---|---|---|
| | DEC 2000 | 31,631.33 | 31,409.33 | 31,409.33 | 94,449.99 |

B ADJUSTMENTS FOR PREVIOUS MONTHS

| MONTH | PREVIOUS TAX CREDITS FOR MONTH | ADJUSTMENTS | | ADJUSTED TAX CREDITS FOR MONTH |
|---|---|---|---|---|
| | | INCREASE | DECREASE | |
| AUG 2000 | 31,846.33 | | 43.00 | 31,803.33 |
| SEP 2000 | 31,846.33 | | 129.00 | 31,717.33 |
| TOTAL | 63,692.66 | | 172.00 | 63,520.66 |

C TOTAL CURRENT QUARTER PLUS ADJUSTMENTS: 94,277.99

INFORMATION

This report concerns the supplemental annuity tax credits for retired employees to be subtracted from the man hour tax due for your current employees under section 3221(c) of the Railroad Retirement Tax Act. The retired employees are entitled to supplemental annuities that are reduced for an employer pension plan that was not established under a collective bargaining agreement.

FORM G-245 (12-88)

ILLINOIS CENTRAL RAILROAD

F.E.I.N. 36-2728842

Attachment for FORM CT-1 for year ending 12-31-2000

| NAME | S.S.N. | TIER 1 | TIER 2 | TOTAL |
|---|---|---|---|---|
| M.L.McDANIEL | 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 | 1,224.00 | 1,680.00 | 2,904.00 |
| R.L.GREEVER | 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 | 688.50 | 945.00 | 1,633.50 |
| | | | | 4,537.50 |