ORIGINAL

FILED
JUL 19 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ILLINOIS CENTRAL RAILROAD COMPANY, )
Plaintiff, )
v. ) No. 06-527
THE UNITED STATES, )
Defendant. )

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of this Court, plaintiff Illinois Central Railroad Company hereby files this disclosure statement.

The plaintiff, Illinois Central Railroad Company, is a wholly owned subsidiary of Illinois Central Corporation. Illinois Central Corporation is a wholly owned subsidiary of Grand Trunk Corporation. Grand Trunk Corporation is a wholly owned subsidiary of Canadian National Railway Company, a Canadian corporation whose shares are publicly held. Thus, Illinois Central Railroad Company is a third-tier wholly owned subsidiary of a publicly held parent company, Canadian National Railway Company.

Respectfully submitted,

Dated: July 19, 2006

Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Telephone (202) 295-4067
Facsimile (202) 672-5399

Of Counsel:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Telephone (202) 295-4712
Facsimile (202) 672-5399