IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-527 T

(Judge Baskir)

---

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

---

MOTION FOR AN EXTENSION OF TIME

---

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of the time of ten days, from September 18, 2006, to and including September 28, 2006, of the deadline for the defendant to answer and otherwise respond to the complaint in the above-captioned case. No prior extension of this deadline has been requested. Counsel for the defendant has contacted counsel for the plaintiff who has indicated that the plaintiff does not oppose this motion.

As good cause therefor, the defendant has did not receive the IRS administrative files regarding this case until September 18, 2006. The defendant has not had an adequate opportunity to review those files in order to determine the proper response to the allegations set forth in the complaint.

WHEREFORE, defendant moves this Court for an extension of the time to September 28, 2006, of the deadline for the defendant answer or otherwise respond to the complaint in the above captioned case.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

September 18, 2006