# In the United States Court of Federal Claims

**06-527 T**

**Filed: 9/18/06**

**ILLINOIS CENTRAL RAILROAD COMPANY**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 9/18/06 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court