IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-527 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT MOTION TO STAY PROCEEDINGS

Plaintiff and defendant hereby jointly move the Court to stay all proceedings in this case pending final outcome of the appeals in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. Nos. 07-5003, 07-5007.

The *CSX* case presents many of the same issues presented in the instant case with respect to the employment tax treatment of severance and separation payments. The *CSX* case appears likely to result in a Federal Circuit precedent on severance-pay issues. Accordingly, in the interest of judicial economy, the parties request that proceedings in the instant case be stayed pending the outcome of any appeal in the *CSX*

case. While the instant case also presents an issue that is not present in *CSX* (namely, the railroad retirement tax treatment of "Productivity Fund" distributions), the parties believe it would be more efficient and economical not to decide that issue separately, but to stay this entire case pending the outcome of the *CSX* appeal.

An indirectly related case that presents the same legal issues as the instant case, *Grand Trunk Western Railroad Incorporated v. United States*, Fed. Cl. No. 00-544T, has been stayed to await the final outcome of the appeals in *CSX*.

Accordingly, the parties respectfully move the Court to stay proceedings in the instant case pending final outcome of the appeals in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. Nos. 07-5003, 07-5007. The parties will provide regular Joint Status Reports to keep the Court advised of developments in the *CSX* case and other matters relevant to the instant case. The parties suggest that such Joint Status Reports be placed on the same schedule as the Joint Status Reports currently being filed pursuant to the Court's order in the *Grand Trunk Western* case.

A proposed order is attached.

Respectfully submitted,

Nov. 17, 2006
Date

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Nov. 17, 2006
Date

s/ Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Nov. 17, 2006
Date

s/ David Gustafson

Of Counsel

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-527 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The Court has received the parties' Joint Preliminary Status Report dated November 17, 2006, and the related Joint Motion to Stay Proceedings. **This Order hereby stays all proceedings in this case pending final outcome of the appeals in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. Nos. 07-5003, 07-5007.**

The parties are directed to file a Joint Status Report every 45 days, to be filed on the same schedule, and covering the same matters, as the Joint Status Reports being filed in *Grand Trunk Western Railroad Inc. v. United States*, Fed. Cl. No. 00-544T.

LAWRENCE M. BASKIR
Judge