# In the United States Court of Federal Claims

Case No. 06-527T
(Filed: November 21, 2006)

****************************************************
ILLINOIS CENTRAL RAILROAD COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The Court has received the parties' Joint Preliminary Status Report and the related Joint Motion to Stay Proceedings, both filed November 17, 2006. **This Order hereby stays all proceedings in the case pending final outcome of the appeals in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, appeals docketed, Fed. Cir. Nos. 07-5003, 07-5007.**

The parties are directed to file a Joint Status Report every 45 days, to be filed on the same schedule, and covering the same matters, as the Joint Status Reports being filed in *Grand Trunk Western Railroad, Inc. v. United States,* Fed. Cl. No. 00-544T.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge