IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.06-527 T

(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff

v.

UNITED STATES,

Defendant

# MOTION FOR AN EXTENSION OF TIME

Pursuant to RCFC 6, defendant, the United States, moves this Court for an extension of 17 days, from December 4, 2006, to and including December 21, 2006, of the deadline for the defendant to answer or otherwise respond to the complaint in the above-captioned case. No prior extension of this deadline has been requested. Counsel for the defendant has contacted counsel for the plaintiff who has stated that the plaintiff does not object to this motion.

As good cause therefor, defendant's counsel had a trial unexpectedly rescheduled to December 11, 2006, in the case of *Fenton Gingerich, et al. v. United States*, Fed.Cl. No. 98-533. As a result, defendant's counsel has not had an adequate opportunity to review the IRS files in order to determine the proper response to the allegations set forth in the complaint.

WHEREFORE, defendant moves this Court for an extension of the time to December 21, 2006, of the deadline for the defendant answer or

otherwise respond to the complaint in the above captioned case.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

December 4, 2006