# In the United States Court of Federal Claims

Case No. 06-527T
(Filed: December 14, 2006)

****************************************************
ILLINOIS CENTRAL RAILROAD COMPANY, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## <u>ORDER</u>

**The Clerk's office is directed to strike from the record** Defendant's unopposed Motion for Extension of Time filed December 4, 2006, in this case (Docket No. 14). The Defendant inadvertently filed the motion in Case No. 06-527T, when it should have been filed in Case No. 06-691T. The Defendant also filed this Motion for an Extension of Time in Case No. 06-691T and the Clerk of the Court granted the extension.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge