IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-527 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order filed November 21, 2006, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's November 21, 2006 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties continue to file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related case of *Grand Trunk Western Railroad Incorporated v. United States* , Fed. Cl. No. 00-544T.

As noted above and as reported in previously filed Joint Status Reports, the *CSX* case is now pending on appeal before the United States Court of Appeals for the Federal Circuit. The taxpayers' opening brief in the *CSX* appeal was filed December 28, 2006. The government's opening brief is scheduled to be filed by February 9, 2007.

Respectfully submitted,

Jan. 24, 2007 s/ Steven C. Lambert
Date

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Jan. 24, 2007 s/ Benjamin C. King, Jr.
Date

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

Jan. 24, 2007 s/ David Gustafson
Date

Of Counsel