IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-527 T
(Judge Baskir)

ILLINOIS CENTRAL RAILROAD COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's Order filed November 21, 2006, Plaintiff and Defendant hereby file this Joint Status Report regarding the progress of proceedings in *CSX Corp. v. United States*, Fed. Cl. No. 95-858T, *appeals docketed*, Fed. Cir. No. 07-5003, and other matters relevant to the instant case. The Court's November 21, 2006 Order stayed all proceedings in the instant case pending issuance of a final nonappealable decision in the *CSX* case, and directed that the parties continue to file Joint Status Reports in the instant case every 45 days, consistent with the schedule for filing Joint Status Reports in the related case of *Grand Trunk Western Railroad Incorporated v. United States* , Fed. Cl. No. 00-544T.

As reported in recent Joint Status Reports, the United States Court of Appeals for the Federal Circuit issued its panel decision in *CSX* on March 6, 2008, ruling on the application of employment taxes to all the categories of separation payments at issue in the *CSX* case. The Court of Appeals issued its mandate in *CSX* on May 20, 2008. The period for CSX to file a petition for writ of certiorari with the Supreme Court has expired, and the Federal Circuit's *CSX* decision is final and nonappealable.

The parties will now proceed to confer on recommendations to the Court on how the instant case should proceed.

Respectfully submitted,

Sept. 3, 2008
Date

s/ Steven C. Lambert

STEVEN C. LAMBERT
Attorney of Record for Plaintiff
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007
Tel: (202) 295-4067
Fax: (202) 672-5399

Of Counsel for Plaintiff:

RICHARD F. RILEY, JR.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007

Sept. 3, 2008
Date

s/ Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record for Defendant
Tax Division, Court of Federal Claims Section
U.S. Department of Justice
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6506
Fax: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

Sept. 3, 2008
Date

s/ Steven I. Frahm

Of Counsel